UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22113-CIV-SEITZ/MCALILEY

JUAN CANETE PEREZ, and
others similarly situated,

        Plaintiff,

v.

BRANDON PROTECTIVE
SERVICES, INC., et al.,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. Plaintiff filed this action on August 23, 2006. As of the date of this Order, Plaintiff has failed to effectuate service on any Defendant. Pursuant to Fed. R. Civ. P. 4(m),

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Accordingly, it is hereby

ORDERED that

(1) On or before **January 17, 2007** Plaintiff shall file a memorandum setting forth good cause why this case should not be dismissed for failure to complete service.

(2) Failure to adhere to this Order will result in dismissal of this case.

DONE AND ORDERED at Miami, Florida this 8th day of January, 2007.

*/s/ Patricia A. Seitz*
_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record